# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **RAYMON JERMELLE THOMPSON,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **5:19-cr-00047-TES-CHW** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Raymon Jermelle Thompson's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 69], in which he seeks to continue the trial currently scheduled to begin in October 2021 to the Court's December 2021 Trial Term. [Doc. 69, p. 1].

On August 14, 2019, the Grand Jury indicted Defendant on one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2); one count of possession of methamphetamine, in violation of 21 U.S.C. § 844(a); and one count of possession of marijuana, in violation of 21 U.S.C. § 844(a). [*Id.*]; [Doc. 1 at pp. 1–2]. At his initial appearance and arraignment on August 28, 2019, Defendant pled not guilty to these charges. [Doc. 8]; [Doc. 9].

Defendant's counsel states that this case needs to be continued due to risks associated with Covid-19 infections. [Doc. 69, p. 2]. As a consequence of these continued

risks, Defendant's "counsel cannot complete the investigation necessary in order to properly represent [Defendant]." [*Id.* at pp. 2–3]. For this reason, the Court **GRANTS** Defendant's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 69] and **ORDERS** that this case and its pretrial conference be continued to the December 13, 2021, Trial Term. Failure to grant this continuance would deny defense counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 13th day of September, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**