IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RAYMON JERMELLE THOMPSON, <br><br> *Defendant.* | CRIMINAL ACTION NO. <br> 5:19-cr-00047-TES-CHW |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE**

Before the Court is Defendant Raymon Jermelle Thompson's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 72], in which he seeks to continue the trial currently scheduled to begin on December 13, 2021, to the Court's February 2022 Trial Term. *See generally* [Doc. 72].

On August 14, 2019, the Grand Jury indicted Defendant on one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2); one count of possession of methamphetamine, in violation of 21 U.S.C. § 844(a); and one count of possession of marijuana, in violation of 21 U.S.C. § 844(a). [*Id.*]; [Doc. 1 at pp. 1–2]. At his initial appearance and arraignment on August 28, 2019, Defendant pled not guilty to these charges and was released on an unsecured bond. [Doc. 8]; [Doc. 9]; [Doc. 10].

Defendant's lead counsel states that this case needs to be continued due to another case set for trial in the Northern District of Oklahoma that involves an in-custody defendant. [Doc. 72, p. 2]. In light of the unopposed nature of Defendant's request and given that Defendant's lead counsel's other case "would be likely to make a continuation of [this] proceeding impossible," the Court **GRANTS** Defendant's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 72]. [*Id.*]. Accordingly, the Court **CONTINUES** this case and its pretrial conference to its Trial Term beginning *February 7, 2022*. 18 U.S.C. § 3161(h)(7)(B)(i).

Failure to grant this continuance would deny Defendant's lead counsel the reasonable time necessary for effective preparation. *Id.* at § 3161(h)(7)(B)(iv). The ends of justice served by granting this continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.* at § 3161(h)(7)(A). The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 28th day of October, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**