IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> v.<br><br>RAYMON JERMELLE THOMPSON,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>**5:19-cr-00047-TES-CHW** |

### ORDER GRANTING JOINT MOTION FOR CONTINUANCE

Before the Court is the parties' Joint Motion for Continuance [Doc. 76].

On August 14, 2019, the Grand Jury indicted Defendant Raymon Jermelle Thompson on one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2); one count of possession of methamphetamine, in violation of 21 U.S.C. § 844(a); and one count of possession of marijuana, in violation of 21 U.S.C. § 844(a). [Doc. 76, ¶ 1]; [Doc. 1 at pp. 1–2]. At his initial appearance and arraignment on August 28, 2019, Defendant pled not guilty to these charges and was released on an unsecured bond. [Doc. 8]; [Doc. 9]; [Doc. 10].

So that the parties may "exhaust the possibility of a pre-trial resolution" for this case," the Court **GRANTS** the parties Joint Motion for Continuance [Doc. 76]. Accordingly, the Court **CONTINUES** this case and its pretrial conference, *see* [Doc. 76, ¶ 5], to the Court's Trial Term beginning *__April 11, 2022__*. 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by granting this continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.* at § 3161(h)(7)(A). The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 19th day of January, 2022.

S/ Tilman E. Self, III

**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**